1  Mark E. Ellis - 127159
   June D. Coleman - 191890
2  ELLIS, COLEMAN, POIRIER, LAVOIE,
     & STEINHEIMER LLP
3  555 University Avenue, Suite 200 East
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5
   Attorneys for Defendant PROFESSIONAL RECOVERY SERVICES, INC.
6

7                           UNITED STATES DISTRICT COURT
8                          NORTHERN DISTRICT OF CALIFORNIA
9                                  SAN JOSE DIVISION
10

11
                                              Case No.:  C08-02821 PVT
12  RAMONA PATRICIA CARDON
                                              **STIPULATION AND [PROPOSED] ORDER
13          Plaintiff,                        EXTENDING TIME DEFENDANT
    v.                                        PROFESSIONAL RECOVERY SERVICES,
14                                            INC.'S TO RESPOND TO COMPLAINT**
    PROFESSIONAL RECOVERY SERVICES,
15  INC., a New Jersey corporation

16          Defendant

17

18
19       In light of settlement discussions, the parties have agreed to stipulate to extend the time to file a
20  responsive pleading until July 11, 2008.  Therefore, the parties request that the Court extend the
21  deadline to respond to the Complaint until July 11, 2008.  The parties are unaware of any other time
22  modifications that have occurred in this case.
23  Dated: July 1, 2008                       CONSUMER LAW CENTER, INC.
24
                                              By  /s
25                                              Fred W. Schwinn
                                                Attorney for Plaintiff
26                                              RAMONA PATRICIA CARDON
27
28
                                              - 1 -

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME DEFENDANT PROFESSIONAL RECOVERY
SERVICES, INC.'S TO RESPOND TO COMPLAINT

1  Dated: July 1, 2008

                        ELLIS, COLEMAN, POIRIER, LAVOIE, &
2                          STEINHEIMER LLP

3

4                      By  /s
                         June D. Coleman
                         Attorney for Defendants
5                          DOUGLAS MACKINNON AND MARK BOHN

6

7      GOOD CAUSE existing, the time to respond to the Complaint is extended to July 11, 2008.

8  Dated: July 1, 2008

9

10                      By
                         The Honorable Patricia V. Trumball
                         United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME DEFENDANT PROFESSIONAL RECOVERY
SERVICES, INC.'S TO RESPOND TO COMPLAINT