Mark E. Ellis - 127159
June D. Coleman - 191890
ELLIS, COLEMAN, POIRIER, LAVOIE,
  & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821

Attorneys for Defendant PROFESSIONAL RECOVERY SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAMONA PATRICIA CARDON<br><br>        Plaintiff,<br>v.<br><br>PROFESSIONAL RECOVERY SERVICES, INC., a New Jersey corporation<br><br>        Defendant | Case No.: C08-02821 PVT<br><br>**STIPULATION AND [XXXXXXXXXX] ORDER EXTENDING TIME DEFENDANT PROFESSIONAL RECOVERY SERVICES, INC.'S TO RESPOND TO COMPLAINT** |

    In light of settlement discussions, the parties have agreed to stipulate to extend the time to file a responsive pleading until July 11, 2008. Therefore, the parties request that the Court extend the deadline to respond to the Complaint until July 11, 2008. The parties are unaware of any other time modifications that have occurred in this case.

Dated: July 1, 2008                  CONSUMER LAW CENTER, INC.


                                          By  /s/
                                             Fred W. Schwinn
                                             Attorney for Plaintiff
                                             RAMONA PATRICIA CARDON

- 1 -

1  Dated: July 1, 2008

                        ELLIS, COLEMAN, POIRIER, LAVOIE, &
                              STEINHEIMER LLP

                        By  /s/_____
                            June D. Coleman
                            Attorney for Defendants
                            DOUGLAS MACKINNON AND MARK BOHN

GOOD CAUSE existing, the time to respond to the Complaint is extended to July 11, 2008.

Dated: July 2, 2008

                      By  *Patricia V. Trumbull*
                          The Honorable Patricia V. Trumball
                          United States District Court

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME DEFENDANT PROFESSIONAL RECOVERY SERVICES, INC.'S TO RESPOND TO COMPLAINT