UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RAMONA PATRICIA CARDON<br><br>Plaintiff(s),<br><br>v.<br><br>PROFESSIONAL RECOVERY SERVICES, INC., A NEW JERSEY CORPORATION,<br>Defendant(s). | No. C 08-02821 PVT<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 14, 2008

Signature: Michele Raley for JDC

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")

NDC-06