Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RAMONA PATRICIA CARDON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| RAMONA PATRICIA CARDON, | Case No.  C08-02821-JW-PVT |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| PROFESSIONAL RECOVERY SERVICES. INC., a New Jersey corporation, | Fed. R. Civ. P. 41(a)(1) |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, RAMONA PATRICIA CARDON, and Defendant, PROFESSIONAL RECOVERY SERVICES. INC., stipulate, and the Court hereby orders, as follows:

1.      The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, RAMONA PATRICIA CARDON, against Defendant, PROFESSIONAL RECOVERY SERVICES. INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: July 29, 2008                      /s/ Fred W. Schwinn
                                          Fred W. Schwinn, Esq.
                                          Attorney for Plaintiff
                                          RAMONA PATRICIA CARDON

Dated: July 29, 2008                      /s/ June D. Coleman
                                          June D. Coleman, Esq.
                                          Attorney for Defendant
                                          PROFESSIONAL RECOVERY
                                          SERVICES. INC.

-1-

1  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
2
3  Dated: _____

4                                          _____
                                           The Honorable James Ware
5                                          Judge of the District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No.  C08-02821-JW-PVT