Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
RAMONA PATRICIA CARDON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RAMONA PATRICIA CARDON,<br><br>Plaintiff,<br><br>v.<br><br>PROFESSIONAL RECOVERY SERVICES. INC., a New Jersey corporation,<br><br>Defendant. | Case No. C08-02821-JW-PVT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, RAMONA PATRICIA CARDON, and Defendant, PROFESSIONAL RECOVERY SERVICES. INC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, RAMONA PATRICIA CARDON, against Defendant, PROFESSIONAL RECOVERY SERVICES. INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: July 29, 2008                                /s/ Fred W. Schwinn
                                                            Fred W. Schwinn, Esq.
                                                            Attorney for Plaintiff
                                                            RAMONA PATRICIA CARDON

Dated: July 29, 2008                                /s/ June D. Coleman
                                                            June D. Coleman, Esq.
                                                            Attorney for Defendant
                                                            PROFESSIONAL RECOVERY
                                                            SERVICES. INC.

-1-

1  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
2  The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.
3  Dated: July 30, 2008

_____
The Honorable James Ware
Judge of the District Court

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                                  Case No. C08-02821-JW-PVT